■ In the Matter of PRISCILLA ABRAMS, Petitioner, v LARRY D. MARTIN, as Justice of the Supreme Court of the State of New York, Respondent. [755 NYS2d 644] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent Larry D. Martin, a Justice of the Supreme Court, Kings County, to enter judgment in an action entitled *Abrams v Radin & Kleinman,* pending in the Supreme Court, Kings County, under Index No. 12899/91.

Adjudged that the proceeding is dismissed, without costs or disbursements.

The petitioner has failed to join persons who are necessary parties to the proceeding (*see* CPLR 1001). Ritter, J.P., Florio, S. Miller and Krausman, JJ., concur.